UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HILDA RIVERA,<br><br>      Plaintiff,<br><br>vs.<br><br>PIONEER COMMODITIES, LLC, and PETER MEENDERINCK,<br><br>      Defendants. | NO: 1:22-CV-3106-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulation Motion to Dismiss (ECF No. 24). The parties agree that the captioned lawsuit should be dismissed with prejudice with each party bearing their own costs and attorney's fees. The Court has reviewed the record and files herein, and is fully informed.

  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and each party bearing their own costs and attorney's fees.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 7, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2