AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 07, 2022

SEAN F. McAVOY, CLERK

|  |  |  |
|---|---|---|
| HILDA RIVERA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:22-CV-3106-TOR |
| | ) | |
| PIONEER COMMODITIES, LLC, and, | ) | |
| PETER MEENDERINCK, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and each party bearing their own costs and attorney's fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

on the parties' Stipulation Motion to Dismiss (ECF No. 24).

Date:   September 7, 2022

CLERK OF COURT

SEAN F. McAVOY

s / B. Fortenberry

*(By) Deputy Clerk*

B. Fortenberry